# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK
DEC 26 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Versace Alan Scott

_____

(Full name of the Plaintiff(s) in this action)

v.

Mintchie
at logan county
Detention center

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23CV-181-CRS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: LCDC

Address: 304 W 3rd St Russellville KY 42276

Status of Plaintiff: CONVICTED (_)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Mintchie_ is employed as _Deptuly Jailer_ at _Logan County Penfention Center_.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On August 19th 2023 I was Kidnapped By the logan county Sherrif Department Drug task Force and took to logan county Jail and Booked on False Charges I Aready had a open FBI case Where I was Almost Killed in a Hit and Run the Year Before by the Same Department Mintchie was on Duty at the Jail that Night the camera proves that and Jail wont give me his First Name and captain was in Booking put me in to a Restraint chair and I was sliced to the Bone 7 times with a knive.

4

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 20,000,000

✓ grant injunctive relief by Release me

✓ award punitive damages in the amount of $ 250,000 a day

___ other: For Wrongful imprisonment

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 20 day of December, 2023

_Versace Alan Scott_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 12-20-23.

_Versace Alan Scott_
(Signature)

6

```
LOGAN    COUNTY
DETENTION  CENTER
   304 W. 3RD ST.
RUSSELLVILLE, KY 42276
```

Attn: Versace Scott

**INMATE MAIL**
**UNCENSORED**

Office of the clerk
423 Frederica Street
Owensboro, KY 42301-

4230183013 C071